AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Heaney, Gerald W | U.S. Court of Appeals | 7/29/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ○ Nomination, Date<br>○ Initial  ◉ Annual  ● Final | 1/1/2004<br>to<br>12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 315 Federal Bldg.<br>515 West First St.<br>Duluth, MN 55802 | Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Committee Member | Natural Resources Research Institute<br>University of Minnesota |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 AUG -8 A 10: 23
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE . (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Paine Weber Cash Fund | A | Interest | J | T | | | | | |
| 2. Federal Employee Credit Union/ Share Advantage | A | Interest | J | T | | | | | |
| 3. Real Estate Partnerships* Mora Servrs | B | Interest | K | R | | | | | |
| 4. Kimberly Meadows | A | Interest | K | R | | | | | |
| 5. Minn III | A | Interest | K | R | | | | | |
| 6. North Shore Bank Cash Fund | A | Interest | J | T | | | | | |
| 7. Pepsi Cola | A | Dividend | J | T | | | | | |
| 8. Federated U.S. Government Securities Fund | A | Interest | J | T | | | | | |
| 9. Target | A | Dividend | J | T | | | | | |
| 10. IBM | A | Dividend | J | T | | | | | |
| 11. Vanguard GNMA Fund | A | Interest | J | T | | | | | |
| 12. General Electric | A | Dividend | J | T | | | | | |
| 13. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 14. Kimberly Clark | A | Dividend | J | T | | | | | |
| 15. Alcoa | A | Dividend | J | T | | | | | |
| 16. Citigroup | A | Dividend | J | T | | | | | |
| 17. New Perspective Fund | E | Dividend | K | T | | | | | |
| 18. Exxon Mobil | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Heaney, Gerald W | 7/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Dell | A | Dividend | J | T | | | | | |
| 20. Bank of America | A | Dividend | J | T | | | | | |
| 21. Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 22. Mairs & Powers Growth Fund | A | Dividend | J | T | | | | | |
| 23. Investment Co. of America | E | Dividend | J | T | | | | | |
| 24. Pimco Co. | D | Dividend | J | T | | | | | |
| 25. Vanguard Reit Index Fund | A | Dividend | J | T | | | | | |
| 26. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 27. Fidelity Growth Co. Fund | A | Dividend | J | T | | | | | |
| 28. Fidelity Growth & Income Fund | A | Dividend | J | T | | | | | |
| 29. Fidelity Diversion International | A | Dividend | K | T | | | | | |
| 30. Vanguard Emerging Market Stock Index Fund | A | Dividend | J | T | | | | | |
| 31. Managers-Special Equity | A | Dividend | J | T | | | | | |
| 32. University of Minnesota Foundation Annuity Contracts | A | Dividend | K | T | | | | | |
| 33. VanGuard 500 | A | Dividend | J | T | | | | | |
| 34. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 35. VanGuard Total Bond Index | D | Dividend | J | T | | | | | |
| 36. T Rowe Price Mid Cap Growth Fund | D | Dividend | J | T | | | | | |

1. Income/Gain Codes:
(See Columns B1 and D4)

| A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|
| F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
|---|---|---|---|---|
| N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |

3. Value Method Codes
(See Column C2)

| Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
|---|---|---|---|
| U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heaney, Gerald W | 7/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. American Growth Fund - Class C | A | Dividend | J | T | | | | | |
| 38. Walgreen's | A | Dividend | J | T | | | | | |
| 39. Capital Growth & Income Fund | A | Dividend | J | T | | | | | |
| 40. Dreyfus Debt & Equity Fund | A | Dividend | J | T | | | | | |
| 41. Franklin Federal Tax-Free Fund | A | Dividend | J | T | | | | | |
| 42. Growth Fund of America | A | Dividend | J | T | | | | | |
| 43. Pioneer High Yield Fund | A | Dividend | J | T | | | | | |
| 44. SEE SECTION VIII | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Section VII: This section contains all of the stocks, bonds, and mutual funds owned by me as of December 31, 2004. I am unable to furnish information requested in Section D.

| | | | |
|---|---|---|---|
| Part VII | Mora Seniors | Purchased July 1, 1979 | $18,312 |
| Part VII | Kimberly Meadows | Purchased April 15, 1981 | 20,000 |
| Part VII | Minnesota DI | Purchased July 13, 1988 | 31,250 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _aug 5, 05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544